# Buchanan Ingersoll & Rooney PC

Christopher J. Dalton
973-424-5614
christopher.dalton@bipc.com

550 Broad Street, Suite 810
Newark, New Jersey 07102

T 973-273-9800
F 973-273-9430
www.bipc.com

May 26, 2022

*VIA ELECTRONIC FILING (ECF)*

Hon. William T. Walsh
Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Patlan et al. v. BMW of North America, LLC,*
            Civil Action No. 2:18-cv-09546 (CCC)(ESK)

Dear Mr. Walsh:

      This firm represents BMW of North America, LLC (BMW NA) in this matter.  Currently pending before the Court is Plaintiffs' Motion to Exclude Report of Robert C. Lange (DE 108), returnable June 21, 2022.  Kindly accept this letter, pursuant to Local Civil Rule 6.1(b), for a two week/one motion cycle adjournment of the return date, to **July 5, 2022**.

      Very truly yours,

      *Christopher J. Dalton*

      Christopher J. Dalton

cc:  All Counsel of Record (by ECF)